UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARL L. GREEN,

Defendant.

Case No. 00-546 DWF/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that the defendant in this case has filed a Chapter 13 bankruptcy proceeding, you are hereby given notice that the settlement conference scheduled to be held on November 7, 2000, at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled. The parties shall advise the Court as to the status of the above matter if additional pretrial management should be needed.

Dated: 10/25/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed OCT 25 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________