UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
CARL L. GREEN, )
)
Defendant, )

This matter comes before the Court on the motion of the United States for an Order compelling discovery and for sanctions. Mary L. Trippler, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion be granted, and that the defendant, Carl Green, shall provide full and complete answers to plaintiff's discovery within 10 days of this Order;

IT IS FURTHER ORDERED that the Requests for Admissions, served on January 9, 2001, should be deemed admitted for all purposes;

IT IS FURTHER ORDERED that defendant shall pay to the United States the sum of $200 as a monetary sanction for failure to comply with discovery, with payment made no later than 10 days from the date of this Order;

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

IT IS FURTHER ORDERED that if defendant fails to comply with an order compelling discovery, a Report and Recommendation will issue, without further notice to defendant, that his answer be stricken and default judgment be entered in favor of the United States and against defendant without further notice to defendant.

Dated: 5/7/01

United States Magistrate Judge