**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Carl L. Green,

Defendant.

Civil No. 00-546 (DWF/AJB)

**ORDER**

---

Mary Trippler, Assistant United States Attorney, and Rachel K. Paulose, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Carl L. Green, Pro Se, 9504 Hamlet Avenue South, Cottage Grove, MN 55016, Defendant, and John G. Berg, Esq., Berg Law Office, 310 Fourth Avenue South, Suite 610, Minneapolis, MN 55415.

---

This matter is before the Court upon Defendant's appeal of Magistrate Judge Arthur J. Boylan's order filed on May 7, 2001, in which Magistrate Judge Boylan ordered the Defendant to provide full and complete answers to Plaintiff's discovery within 10 days of the order; ordered that the Requests for Admissions, served on January 9, 2001, should be deemed admitted for all purposes; and further ordered that the Defendant pay to the United States the sum of $200 as monetary sanctions for failure to comply with discovery, with payment made no later than 10 days from the date of the order. Magistrate Judge Boylan also ordered that if the Defendant failed to comply with the order compelling discovery, that a Report and Recommendation would issue without further notice to the Defendant and that his answer would be stricken and a default judgment

FILED MAY 29 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

would be entered in favor of the United States and against the Defendant without further notice to the Defendant. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). The Court finds that Magistrate Judge Boylan's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Arthur J. Boylan's order of May 7, 2001 (Doc. No. 17) , is **AFFIRMED** in all respects.

Dated: May 29th, 2001

DONOVAN W. FRANK
Judge of United States District Court