**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Carl L. Green,

Defendant.

Civil No. 00-546 (DWF/AJB)

**ORDER**

---

Mary Trippler, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Carl L. Green, Pro Se, 9504 Hamlet Avenue South, Cottage Grove, MN 55016, Defendant; John G. Berg, Esq., Berg Law Office, 310 Fourth Avenue South, Suite 610, Minneapolis, MN 55415.

---

This matter is before the Court on Plaintiff's motion to strike Defendant's motion to dismiss. Mary Trippler, Assistant United States Attorney, appears for Plaintiff, Defendant appears pro se.

Based upon the motion and declaration of counsel and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's motion is stricken.

Dated: May 29, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAY 29 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK