UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARL L. GREEN, Defendant. | ) | **REPORT AND RECOMMENDATION AND ORDER FOR SANCTIONS** |

This matter comes before the Court on Motion of the United States for a Report and Recommendation to the District Court that defendant's answer be stricken and default judgment be entered in favor of the United States as a sanction for failure to comply with discovery and with this Court's May 7, 2001, Order. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the briefs and arguments of counsel and all the files, records and proceedings herein,

IT IS HEREBY RECOMMENDED that defendant's answer be stricken and that default judgment be entered in favor of the United States and against defendant Carl L. Green in the principal sum of $9,860.89 in principal, prejudgment interest to December 2, 1999, in the amount of $3,843.64, together with additional prejudgment interest at the rate of 8% per annum, post judgment interest at the legal rate and, pursuant to 28 U.S.C. § 2412, costs of $150.00 plus

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

$200.00 as a sanction for failure to comply with the rules of discovery and with this Court's May 7, 2001, Order.

Dated: 6/13/01

Arthur J. Boylan, Magistrate Judge
United States District Court