UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL L. GREEN,<br><br>Defendant. | ) | **ORDER** |

This matter comes before the Court on the Report and Recommendation of the Honorable Arthur J. Boylan that defendant's answer be stricken, and that default judgment be entered in favor of the United States for defendant's failure to adhere to the Magistrate Judge's May 7, 2001, Order. Mary L. Trippler, Assistant United States Attorney, appears for the United States.

Based upon the Report and Recommendation and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that, without further hearing or testimony, defendant's answer be stricken and that default judgment be entered in favor of the United States and against defendant Carl L. Green in the principal sum of $9,860.89, plus prejudgment interest to December 2, 1999, in the amount of $3,843.64, additional prejudgment interest at the rate of 8% per annum from December 2, 1999, to the date judgment is entered, postjudgment

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 10 2001
DEPUTY CLERK'S INITIALS ______

interest, costs in the amount of $150.00 pursuant to 28 U.S.C. § 2412, and $200.00 as a sanction for failure to comply with the May 7, 2001 Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2001

DONOVAN W. FRANK, Judge
United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUL 1 0 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995