UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-546 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| CARL L. GREEN, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 5 day of April, 2002.

J. Earl Cudd
UNITED STATES MAGISTRATE JUDGE

FILED APR 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK