UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL L. GREEN,<br><br>Defendant,<br><br>PRIVATE PROTECTION INCORPORATED,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court. The United States Marshal as the Marshal was unable to locate the garnishee to personally serve the Writ

THEREFORE, IT IS ORDERED that the Writ of Garnishment is released.

Dated: 3/2/04

ARTHUR J. BOYLAN
United States Magistrate Judge