UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| CARL L. GREEN, Defendant, | ) | |
| C & L ASSET GROUP, Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court. The Writ was returned unexecuted by the United States Marshal as the Marshal was unable to locate the garnishee to personally serve the Writ.

THEREFORE, IT IS ORDERED that the Writ of Garnishment is released.

Dated: 3/2/04

ARTHUR J. BOYLAN
United States Magistrate Judge

SCANNED
MAR 02 2004
U.S. DISTRICT COURT ST. PAUL