UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-546 DWF/AJB

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
CARL L. GREEN, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3rd day of March, 2005.

S/ Arthur J. Boylan
ARTHUR J. BOYLAN
\ UNITED STATES MAGISTRATE JUDGE