A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-546 (DWF/AJB)**

0541 - 0209 - 0609 - F

Carl L. Green

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Carl L. Green
9504 Hamlet S
Cottage Grove, MN 55016

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Duluth, MN

s/Jenny Beck

(By) Jenny Beck, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
MAR 2 2 2005
U.S. DISTRICT COURT MPLS

DATE ____________
RET...
DISTRICT ... ESOTA
BY ____________

DATE 3-3-05
RETURNED UNEXECUTED per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

C:\Documents and Settings\beck\Desktop\warrant.wpd

DC Modified 02/20/04